UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TAMMY BENSON,**  )<br>)<br>  Petitioner,  )<br>)<br>v.  )<br>)<br>**KILOLO KIJAKAZI,**  )<br>**ACTING COMMISSIONER OF**  )<br>**SOCIAL SECURITY,**  )<br>)<br>  Respondent.  )<br>) | CIVIL ACTION<br>NO. 4:22-40052-MRG |

## ORDER OF DISMISSAL

**Guzman D.J.**

In accordance with the Court's Electronic Order dated August 5, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

August 5, 2025　　　　　　　　　　　　　　　　　/s/Suzanne Frisch
Date　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk